No. 00–1359. NEW HORIZON OF NEW YORK LLC v. JACOBS ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1382. COOK ET UX. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–1392. SHIPP ET AL. v. MCMAHON, SHERIFF OF WEBSTER PARISH, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1482. FRISBEY v. FREED. Ct. App. Mich. Certiorari denied.

No. 00–1504. HILGER ET UX. v. LAWRENCE ET AL. Ct. App. Mich. Certiorari denied.

No. 00–1512. WON HO SONG v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–1525. DUNCAN v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–1559. HITTSON v. TURPIN, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 00–1562. INTERNATIONAL FIDELITY INSURANCE CO. v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–1574. WARTHEN ET AL. v. SMITH. C. A. 4th Cir. Certiorari denied.

No. 00–1581. CLEMENS v. GAVIN DE BECKER, INC. C. A. 9th Cir. Certiorari denied.

No. 00–1586. MEISTER v. TEXAS ADJUTANT GENERAL'S DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1603. SCHLUND ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1613. BEASLEY v. SODEXHO USA, INC., ET AL. C. A. 4th Cir. Certiorari denied.